

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00154-CV

| | | |
|---|---|---|
| In the Interest of K.R.A., a child | § | From the 324th District Court |
| | § | of Tarrant County (324-455189-09) |
| | § | March 6, 2014 |
| | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant B.M.A. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bob McCoy_____
     Justice Bob McCoy